590 A.2d 191
IN THE MATTER OF MELVIN D. LU SANE, AN
ATTORNEY AT LAW.

May 15, 1991.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that MELVIN D. LU SANE of NEW-ARK, who was admitted to the bar of this State in 1972, be publicly reprimanded and required to practice under the supervision of a proctor for two years for failing to keep his client reasonably informed about the status of the case in violation of *RPC* 1.4(a), for failing to comply with his client's wish that he cease his representation of him in violation of *RPC* 1.16, for his failure to file an answer to the ethics complaint in violation of *R.* 1:20–3(i), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and MELVIN D. LU SANE is hereby publicly reprimanded; and it is further

ORDERED that respondent shall practice under the supervision of a proctor in accordance with Administrative Guideline No. 28 of the Office of Attorney Ethics for a period of two years; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.